IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. HARRIS, | No. 2:19-CV-1139-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY JAIL, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brought this civil action. Final judgment was entered on November 5, 2019. See ECF No. 12. Pending before the court are plaintiff's motion to vacate the judgement, see ECF No. 13, and plaintiff's motion to appoint counsel, see ECF No. 16, both noticed for hearing before the undersigned in Redding, California, on February 26, 2020. Pursuant to Eastern District of California Local Rule 230(g), the hearings are vacated and the motions are submitted without oral argument. Plaintiff's request for telephonic appearance, see ECF No. 15, is denied as unnecessary.

IT IS SO ORDERED.

Dated: February 13, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1