IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>PLACER COUNTY JAIL, et al.,<br><br>    Defendants. | No. 2:19-CV-1139-MCE-DMC<br><br><br>ORDER |

       Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court are Defendants' motions to dismiss, see ECF Nos. 29 and 33.

       Defendants City of Roseville and James MacCoun (City Defendants) have noticed their motion for hearing before the undersigned in Redding, California, on January 5, 2022.  Defendants County of Placer and Devon Bell (County Defendants) have noticed their motion for hearing before the undersigned in Redding, California, on January 26, 2022.  Also set for January 5, 2022, is an initial scheduling conference.  On the Court's own motion, the hearing on the City Defendants' motion to dismiss is continued to January 26, 2022, before the undersigned in

/ / /

/ / /

/ / /

/ / /

Redding, California, at 10:00 a.m., and the scheduling conference is vacated pending final resolution of the pending motions to dismiss. The Clerk of the Court is directed to terminate ECF No. 31, which has been superseded by the motion at ECF No. 33, as a pending motion.

       IT IS SO ORDERED.

Dated:  November 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE