# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. HARRIS, | No. 2:19-CV-1139-MCE-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| PLACER COUNTY JAIL, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motions to dismiss, ECF Nos. 29 and 33, has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for January 26, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matters are submitted on the record and briefs without oral argument. Defendants' request to appear telephonically at the January 26, 2022, hearing, ECF No. 36, is denied as unnecessary.

IT IS SO ORDERED.

Dated: January 19, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1