IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. HARRIS,<br><br>             Plaintiff,<br><br>      v.<br><br>PLACER COUNTY JAIL, et al.,<br><br>             Defendants. | No.  2:19-CV-1139-MCE-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's motion, ECF No. 40, for an extension of time.  Defendants City of Roseville and James Maccoun have filed an opposition, ECF No. 41.

As Defendants note in their opposition, Plaintiff does not specify which of the two motions to dismiss at ECF Nos. 29 and 33 he seeks additional time to oppose.[1]  In his motion, Plaintiff merely seeks additional time to file "an opposition to the motion to dismiss."  ECF No. 40.  According to Plaintiff, he never received "a copy of the motion."  Id.  While Defendants' objection is well-taken, the Court nonetheless finds that the interest of justice counsels in favor of granting Plaintiff a further opportunity to present his written arguments in response to the pending motions to dismiss.  The Court is willing to read Plaintiff's request broadly and grant Plaintiff

---

[1] Both motions to dismiss, which had been noticed for hearing before the undersigned in Redding, California, on January 26, 2022, were submitted on the papers without oral argument following Plaintiff's failure to file any opposition to the motions.  See ECF No. 39.

1

additional time to file opposition to both motions to dismiss.

The matters will not, however, be re-set for hearing. Plaintiff's failure to timely oppose the pending motions to dismissed results in forfeiture of the opportunity for oral argument. See Local Rule 230(c). Upon completion of briefing and/or upon request of any party, the Court will consider whether good cause exists to hold a hearing. Unless the Court orders otherwise, the matters will stand submitted upon completion of briefing.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 40, is granted;

2. Plaintiff may file an opposition to the pending motions to dismiss at ECF Nos. 29 and 33 within 30 days of the date of this order;

3. Defendants may file a reply within 15 days of the date of service of Plaintiff's opposition;

4. Unless ordered otherwise, Defendants' motions to dismiss will stand submitted without oral argument upon completion of briefing; and

5. The Clerk of the Court is directed to serve a paper copy of the motions to dismiss at ECF Nos. 29 and 33 along with a copy of this order.

Dated: February 4, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE