IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. HARRIS, | No. 2:19-CV-1139-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Defendants' fully briefed motions to dismiss. See ECF Nos. 29 and 33. Also before the Court is Plaintiff's motion for leave to amend, filed after completion of briefing on Defendants' motions to dismiss. See ECF No. 48. Defendants' motions to dismiss will be addressed separately. The Court denied Plaintiff's motion for leave to amend for the reasons discussed below.

In his motion, Plaintiff states:

> I would like to request a leave to amend. I have obtained counsel to help me with my case and ensure further communication will be submitted timely & accurately.

ECF No. 48.

/ / /

/ / /

1

Plaintiff's motion is defective in that it is not noticed for hearing pursuant to Eastern District of California Local Rules. The motion is further defective in that it does not identify the specific reasons for amendment or include a proposed amended complaint.

A review of the docket does not reflect that any counsel has appeared on behalf of Plaintiff. To the extent Plaintiff has obtained counsel to represent him in this case, the Court will provide Plaintiff time for counsel to file a substitution and appear in this action, and if an amended pleading is still desired at that time, Plaintiff may seek leave to amend in accord with the Local Rules. The Court will defer consideration of Defendants' motions to dismiss until the time provided herein for substitution of counsel expires.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, ECF No. 48, for leave to amend is denied, without prejudice to a further request for leave to amend, following substitution of counsel;

2. If Plaintiff has obtained counsel, he shall file a substitution of counsel within 30 days of the date of this order; and

3. The Court will defer consideration of Defendants' motions to dismiss until the time provided herein for substitution of counsel expires.

Dated:  March 29, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2