OFFICE OF THE PLACER COUNTY COUNSEL
Gregory Warner (SBN 282490)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
Email: gwarner@placer.ca.gov

Attorney for Defendants COUNTY OF PLACER
and SHERIFF DEVON BELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. HARRIS,<br><br>           Plaintiff,<br><br>      v.<br><br>PLACER COUNTY, PLACER COUNTY SHERIFF'S DEPARTMENT, DEVON M. BELL, CITY OF ROSEVILLE, JAMES MACCOUN, DOES-16,<br><br>           Defendants. | Case No. 2:19-cv-01139-MCE-DMC<br><br>**DEFENDANTS COUNTY OF PLACER'S AND SHERIFF DEVON BELL'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**[FRCP 12(b)(6)]**<br><br>Date:      September 15, 2022<br>Time:      2:00 p.m.<br>Courtroom: 7, 14th Floor<br><br>Complaint Filed: June 21, 2019<br>SAC Filed:       July 6, 2020 |

**TO PLAINTIFF AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants COUNTY OF COUNTY also erroneously sued as "Placer County Sheriff's Department" (the "County) and SHERIFF DEVON BELL ("Sheriff Bell") moves for dismissal pursuant to Fed. R. Civ. Proc. 12(b)(6) on the grounds that:

1.      Plaintiff's 2nd Claim for Relief against the County for false imprisonment under the 4th and 14th Amendments fails to state a claim for relief under 42 U.S.C. Section 1983 because Plaintiff did not and cannot allege more than a single incident of the alleged unconstitutional activity.

2. Plaintiff's 2nd Claim for Relief against Sheriff Bell for false imprisonment under the 4th and 14th Amendments fails to state a claim for relief under 42 U.S.C. Section 1983 because Plaintiff did not and cannot allege that Sheriff Bell committed or ratified any of the alleged unconstitutional conduct.

3. Plaintiff's 3rd Claim for Relief against the County and Sheriff Bell for unreasonable force under the 4th and 14th Amendments is barred by res judicata.

4. Plaintiff's 5th Claim for Relief against the County for denial of medical attention under the 14th Amendment fails to state a claim for relief under 42 U.S.C. Section 1983 because Plaintiff did not and cannot allege more than a single incident of the alleged unconstitutional activity.

5. Plaintiff's 5th Claim for Relief against Sheriff Bell for denial of medical attention under the 14th Amendment fails to state a claim for relief under 42 U.S.C. Section 1983 because Plaintiff did not and cannot allege that Sheriff Bell committed or ratified any of the alleged unconstitutional conduct.

6. All of Plaintiff's claims against Sheriff Bell are barred by the statute of limitations.

7. All of Plaintiff's California state law claims fail because Plaintiff did not and cannot allege that he filed a timely claim as required under California Gov. Code section 900 et seq.

This motion is based upon the Notice of Motion, the Memorandum of Points and Authorities in Support Thereof, Request for Judicial Notice, the pleadings and papers on file with the Court and oral argument if requested by the Court.

Dated: July 27, 2022                    OFFICE OF THE PLACER COUNTY COUNSEL

By: */s/ Gregory Warner*
Gregory Warner
Attorney for Defendants COUNTY OF PLACER
and SHERIFF DEVON BELL