STANLEY GOFF, Bar No. 289564
15 Boardman Place, Suite 2
San Francisco, California 94103
Telephone: (415) 571-9570
Email: goffs@mail2world.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN HARRIS;

          Plaintiffs,

v.

CITY OF ROSEVILLE, et al

          Defendants.

Case No 2:19-cv-01139-MCE-DMC

ORDER GRANTING PLAINTIFF
LEAVE TO FILE A THIRD
AMENDED COMPLAINT

DATE: September 15, 2022
TIME: 2:00 p.m.
JUDGE: Morrison C. England
COURTROOM: 7; 14th Floor

**ORDER**

**IT IS ORDERED AS FOLLOWS:**

     Pursuant to the facts and case law stated in the Plaintiff's motion for leave to amend, this Court grant Plaintiff's motion.

IT IS SO ORDERED.

Dated:   August 24, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE