STANLEY GOFF, Bar No. 289564
15 Boardman Place, Suite 2
San Francisco, California 94103
Telephone: (415) 571-9570
Email: goffs@mail2world.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HARRIS;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROSEVILLE, et al<br><br>Defendants. | Case No 2:19-cv-01139-MCE-DMC<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT<br><br>DATE: September 15, 2022<br>TIME: 2:00 p.m.<br>JUDGE: Morrison C. England<br>COURTROOM: 7; 14th Floor |

Good cause having been shown, Plaintiff's Motion to Amend (ECF No. 55) is GRANTED. Not later than five (5) days after this Order is electronically filed, Plaintiff is directed to file his Third Amended Complaint on the docket. Defendants' Motions to Dismiss (ECF Nos. 53, 60) are DENIED as moot.

IT IS SO ORDERED.

Dated:  August 24, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE