UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLACER COUNTY JAIL, et al.,<br><br>　　　　　Defendants. | Case No.  2:19-cv-01139-MCE-DMC<br><br>**ORDER** |

The Court has reviewed the docket in this case, including the parties' latest filings at ECF Nos. 69 and 70.  There are only Doe defendants remaining in this case, none of whom have been served.  According to Plaintiff:

> The undersigned met and conferred with the attorneys representing Placer County and the City of Roseville and they both take the position that they are not obligated to provide the identities of the DOE defendants in this case so that Plaintiff can have them served, or to accept service on behalf of any DOE defendants.
>
> Plaintiff now awaits further instruction from the Court as to how to move forward.

ECF No. 69 at 2.  It is not the obligation of this Court to advise Plaintiff who to have served.  Nor has there been any request for assistance from the Court filed in the more than one year since the Third Amended Complaint was filed.

///

Accordingly, not later than ten (10) days following the date this Order is electronically filed, Plaintiff is hereby ordered to show cause why this case should not be dismissed pursuant to Federal Rules of Civil Procedure 4(m) and 41(b).  Failure to timely respond to this Order will result in the dismissal of this action with prejudice upon no further notice to the parties.

IT IS SO ORDERED.

Dated:  October 18, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE