**STANLEY GOFF (Bar No. 289564)**
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HARRIS<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF ROSEVILLE, et al<br><br>  Defendants. | Case No 2:19-cv-01139-MCE-DMC<br><br>ORDER GRANTING **PLAINTIFF'S COUNSEL'S EX-PARTE APPLICATION TO FILE LATE PROOF OF SERVICE** |

Before this Court is the Plaintiff's Counsel's ex-parte application to file a late proof of service which was ordered by the Court to be filed five days after the Court's recent order. Doc# 73. The Court, having considered the papers submitted in support of and in opposition to the Motion, hereby grants Plaintiff's Counsel's ex-parte application.

  IT IS SO ORDERED.

Dated: December 13, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1